Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2020 SEP 17 PM 7: 19

FILING DEPOSITORY

# UNITED STATES DISTRICT COURT

for the

District of Columbia

_____ Division

|  |  |
|---|---|
| Kyle Milowski | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
|  | ) |
|  | ) |
| Secretary (acting) Chad F. Wolf | ) |
| U.S. Department of Homeland Security | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case: 1:20-cv-02698 JURY DEMAND
Assigned To : Friedrich, Dabney L.
Assign. Date : 9/17/2020
Description: Employ. Discrim. (H-DECK)

Jury Trial: *(check one)*  ☑Yes  ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kyle Milowski |
| Street Address | 153 Gazania Way |
| City and County | Charleston, Charleston County |
| State and Zip Code | South Carolina 29414 |
| Telephone Number | 202-560-8970 |
| E-mail Address | kylemilowski@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name                              Chad F. Wolf

Job or Title (if known)           Secretary (acting) , US DHS

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)


Defendant No. 2

Name                              US Immigration and Customs Enforcement

Job or Title (if known)           Office of the Principal Legal Advisor - LELD

Street Address                    500 12th St SW (MS 5900)

City and County                   Washington

State and Zip Code                DC 20536-5900

Telephone Number                  (202) 313-1394

E-mail Address (if known)         Lauren.Wilson@ice.dhs.gov


Defendant No. 3

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)


Defendant No. 4

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | US Immigration and Customs Enforcement |
| Street Address | 500 12th St. SW |
| City and County | Washington |
| State and Zip Code | DC 20536 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

**Rehabilitation Act of 1973**

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☐   Termination of my employment.

☐   Failure to promote me.

☑   Failure to accommodate my disability.

☑   Unequal terms and conditions of my employment.

☑   Retaliation.

☐   Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

September 14, 2015

C.     I believe that defendant(s) *(check one)*:

☑   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐   race            _____

☐   color           _____

☐   gender/sex      _____

☐   religion        _____

☐   national origin _____

☐   age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*

☑   disability or perceived disability *(specify disability)*

Throat cancer

E.     The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

From January 19, 2016, through September 2, 2016, Complainant's numerous requests for RA were not addressed. From January 19, 2016 and continuing, Complainant was subjected to disparate treatment, a hostile work environment and retaliation in various forms.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

November 7, 2018

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*   06/18/2020   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

$300k in punitive damages. $100k in actual damages (TSP withdrawal). Back pay at GS-14 step 7 + 25% AUO from June 2017 until May 2019 + interest. Tax offset for payments. Front pay at GS-15 step 7 from May 2019 until age 57 (retirement). As a result of the discrimination, I suffered severe anxiety, depression and panic attacks. I became extremely irritable and quick to anger. I withdrew from friends and family and lost the overall enjoyment of life. I stopped riding my motorcycle and exercising every day. I gained about 25lbs from anxious eating, drinking alcohol, and remaining sedentary. I experienced high blood pressure, headaches, and dizziness. I was prescribed an anti-depressant and anti-anxiety pills to sleep at night, along with blood pressure medicine. My personal and professional relationships and reputation were irreparably harmed.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         09/15/2020

Signature of Plaintiff

Printed Name of Plaintiff      Kyle Milowski

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address